UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-00543-CNS-NRN

KOUSUM AITWAL;
SEAN BERRY;
DORITA CHRONISTER;
RACHEL COLLINGWOOD;
ASHLEY COOPER;
ASHLEY DANIELSON;
RYAN DISHNOW;
DYLAN FERNANDEZ;
FELIMON FLORES AZANZA;
KAELA FOLTZ;
GILBERT GARCIA;
CONSTANTINA GARCIA;
SUSANA GONZALEZ;
CASIDY LUDWIG;
RYAN MAHON;
JAKE NEEL;
JOSEPH NITURA;
CHIEMELA NNAJI;
MARGARET ROUGHTON;
MARK STEINBECK;
SCOTT THOMAS; and
JUDY ZOTTO, individually and on behalf of all similarly situated persons,

Plaintiffs,

v.

HF SINCLAIR REFINING & MARKETING, LLC;
SINCLAIR OIL, LLC and/or HF SINCLAIR CORPORATION;
CIRCLE K STORES INC. – ROCKY MOUNTAIN DIVISION;
COSTCO WHOLESALE CORPORATION;
DILLON COMPANIES, LLC d/b/a KING SOOPERS/CITY MARKET/KING SOOPERS FUEL CENTERS;
K & D ENTERPRISE INC. n/k/a NS PROPERTIES LLC;
MAJOR LLC d/b/a WEST EVANS CONOCO/WEST EVANS SINCLAIR;
MURPHY OIL USA INC. d/b/a MURPHY EXPRESS;
S&S FUELS MANAGEMENT LLC;
SAFEWAY STORES 45 INC.;
TAGHAVI INC.; and

TWIN STAR ENERGY LLC,

Defendants.

---

**JOINT STATUS REPORT**

---

Plaintiffs, Kousum Aitwal, Sean Berry, Dorita Chronister, Rachel Collingwood, Ashley Cooper, Ashley Danielson, Ryan Dishnow, Dylan Fernandez, Felimon Flores Azanza, Kaela Foltz, Gilbert Garcia, Constantina Garcia, Susana Gonzalez, Casidy Ludwig, Ryan Mahon, Jake Neel, Joseph Nitura, Chiemela Nnaji, Margaret Roughton, Mark Steinbeck, Scott Thomas, and Judy Zotto (collectively, "Plaintiffs"), and Defendants, HF Sinclair Refining & Marketing, LLC; Sinclair Oil, LLC; HF Sinclair Corporation; Circle K Stores Inc.; Costco Wholesale Corporation; Dillon Companies, LLC; Murphy Oil USA, Inc.; S&S Fuels Management LLC; and Safeway Stores 45, Inc. (collectively, "Defendants"),[1] hereby submit their Joint Status Report pursuant to the Court's May 14, 2026 Order. (ECF No. 46).

On March 6, 2026, the Court entered its Order (ECF No. 38) vacating Defendants' deadline to respond to the Complaint pending an order on the motion to consolidate filed in the related case *DeHart v. Dillon Cos.*, 26-cv-00330-DDD-KAS (D. Colo.). The Parties are currently awaiting a ruling on the pending motion for consolidation of the Related Actions, which was filed March 4,

---

[1] The defendants Major LLC, Taghavi Inc., and Twin Star Energy LLC have not yet entered an appearance; however, they were served January 27, 2026, January 29, 2026, and January 27, 2026, respectively. Defendant K & D Enterprise Inc. has not been served, however, a Summons has been requested for this Defendant and Plaintiffs are in process of perfecting service.

2026, in *DeHart v. Dillon Cos., LLC, et al.*, Case No. 26-cv-00330-DDD-KAS (D. Colo) (ECF No. 21).[2] The motion is fully briefed and was referred to Magistrate Judge Starnella.

Dated: June 15, 2026

Respectfully submitted,

*s/ Franklin D. Azar*
Franklin D. Azar
Michael D. Murphy
Paul R. Wood
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Phone Number: (303) 757-3300
Fax Number: (720) 213-5131
Email: azarf@fdazar.com
Email: murphym@fdazar.com
Email: woodp@fdazar.com

Meghan W. Martinez
**MARTINEZ LAW GROUP, P.C.**
720 South Colorado Boulevard
South Tower, Suite 1020
Denver, CO 80246
Phone Number: (303) 597-4000
Fax Number: (303) 597-4001
Email: martinez@mlgrouppc.com

Attorneys for the Aitwal Plaintiffs

*s/ Paul Williams*
Paul A. Williams
Shook, Hardy & Bacon L.L.P.
1660 17th Street, Suite 450
Denver, CO 80202
Telephone: 303.285.5300
Facsimile: 303.285.5301
Email: pwilliams@shb.com

Tristan L. Duncan
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
Email: tlduncan@shb.com

Daniel B. Rogers
Shook, Hard & Bacon L.L.P.
201 South Biscayne Boulevard,
Suite 3200
Miami, FL 33131
Telephone: 305.358.5171
Facsimile: 305.358.7470
Email: drogers@shb.com

Attorneys for Defendants Murphy Oil USA, Inc., Circle K Stores Inc., Safeway Stores 45, Inc.

[2] The Related Actions are as follows: *DeHart v. Dillon Cos. LLC et al.*, Case No. 26-cv-00330-DDD-KAS (D. Colo) (“*DeHart* Lawsuit”); *Dakos et al. v. HF Sinclair Refining & Marketing, LLC et al.*, Case No. 1:26-cv-00542-SKC-KAS (D. Colo.) (“*Dakos* Lawsuit”); and *Aitwal et al. v. HF Sinclair Refining & Marketing, LLC et al.*, Case No. 1:26-cv-00543-CNS-NRN (D. Colo.) (“*Aitwal* Lawsuit”).

*s/ Eric Robertson*
Michael L. O'Donnell
Galen D. Bellamy
Eric L. Robertson
Danielle L. Trujillo
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: odonnell@wtotrial.com
bellamy@wtotrial.com
robertson@wtotrial.com
trujillo@wtotrial.com

Attorneys for Defendants HF Sinclair Refining & Marketing, LLC, Sinclair Oil, LLC, and HF Sinclair Corporation

*s/ Gregory S. Tamkin*
Gregory S. Tamkin
Stephen Weingold
Courtney Cuff
Dorsey & Whitney LLP
1225 Seventeenth Street, 29th Floor
Denver, CO 80202
Telephone: 303.629.3400
Facsimile: 303.629.3450
Email: tamkin.greg@dorsey.com
weingold.stephen@dorsey.com
cuff.courtney@dorsey.com

Attorneys for Defendants S&S Fuels Management LLC

*s/ Ashley R. Larson*
Ashley R. Larson
Karlee I. Janigian
Sutton Booker P.C.
4949 S. Syracuse Street, Suite 500
Denver, CO 80237
Telephone: 303.730.6204
Facsimile: 303.730.6208
Email: alarson@suttonbooker.com
kjanigian@suttonbooker.com

Attorneys for Defendant Dillon Companies, LLC

*s/ Craig M.J. Allely*
Craig M.J. Allely
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
Telephone: 303.291.2300
Facsimile: 303.291.2400
Email: CAllely@perkinscoie.com

Stephanie Olson
Benjamin L. Lester
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206.359.3025
Email: SOlson@perkinscoie.com
BLesteer@perkinscoie.com

Attorneys for Defendant Costco Wholesale Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Franklin D. Azar*
Franklin D. Azar